Submitted September 4, reversed October 28, 2015

In the Matter of E. K. I.,
Alleged to be a Person with Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

E. K. I.
*Appellant.*

Multnomah County Circuit Court
14CC03105; A158321

361 P3d 612

▬▬▬▬▬▬▬▬▬▬

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Hadlock, Judge, and Egan, Judge.

PER CURIAM

▬▬▬▬▬▬

## PER CURIAM

Appellant seeks reversal of a judgment committing him as a "person with mental illness" under ORS 426.130 for a period not to exceed 180 days. He argues that the state failed to prove by clear and convincing evidence that, because of a mental disorder, he is dangerous to others. ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse the judgment of commitment.

Reversed.